UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:17-CR-388 |
| | § | |
| BRUCE HAROLD HENDLER | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

Pending is Defendant Bruce Harold Hendler's motion for continuance. (D.E. 21).[1] United States District Judge Nelva Gonzales Ramos referred the motion to the undersigned magistrate judge for disposition. The defendant moves for a continuance because defense counsel needs additional time to investigate, conduct discovery and determine whether the defendant's mental health history is relevant to the defense of the case. The defendant is in agreement with the motion.

The Court has considered the Motion for Continuance of the Pretrial Conference and Trial of Defendant Bruce Harold Hendler and finds that this motion should be **GRANTED**. Taking into account the exercise of due diligence, failure to grant the continuance would deny counsel for the defendant reasonable time necessary for effective preparation.

Accordingly, the Court **GRANTS** the Motion for Continuance (D.E. 21) and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the

---

[1] The motion was filed under seal. The undersigned finds this order should not be filed under seal and defense counsel has no objection to this decision. The motion shall remain under seal.

1 / 2

granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a final pretrial conference before U.S. Magistrate Judge Jason Libby on **January 4, 2018 at 9:00 a.m.** and jury selection and trial is set before U.S. District Judge Nelva Gonzales Ramos on **January 8, 2018 at 8:30 a.m.**

ORDERED this 4th day of December, 2017.

_____
Jason B. Libby
United States Magistrate Judge